```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
```
Ironworkers Local 580-Joint Funds;
Ironworkers Locals 40, 361, & 417-Union
Security Funds; Ironworkers Local 40 Building
and General Funds; and Bonnie Stewart,
individually and on behalf of all others
similarly situated,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 07/11/2014

                        Plaintiffs,                      13 **CIVIL** 4875 (CM)

       -against-                              **JUDGMENT**

Linn Energy, LLC, Linnco, LLC; Mark E.
Ellis; Kolja Rockov; David B. Rottino;
Michael C. Linn; Joseph P. McCoy;
George A. Alcorn; David D. Dunlap;
Jeffrey C. Swoveland; Terrance S. Jacobs;
Barclays Capital Inc.; Citigroup Global Markets
Inc.; RBC Capital Markets, LLC; Wells Fargo
Securities, LLC; Merrill Lynch, Pierce, Fenner
& Smith Incorporated; Credit Suisse Securities
(USA) LLC; Raymond James & Associates, Inc,;
UBS Securities LLC; Goldman, Sachs & Co.;
J.P. Morgan Securities LLC; Robert W. Baird & Co.
Incorporated; BMO Capital Markets Corp.; Credit
Agricole Securities (USA) Inc.; CIBC World
Markets Corp.; Howard Weil Incorporated; and
Mitsubishi UFJ Securities (USA), Inc.,

                       Defendants.
```
-------------------------------------------------------------X
```

      Defendants George A. Alcorn, David D. Dunlap, Mark E. Ellis, Terrence S. Jacobs, Michael C. Linn, Linn Energy, LLC, Linnco, LLC, Joseph P. McCoy, Kolja Rockov, David B. Rottino, Jeffrey C. Swoveland having moved to dismiss (Doc. #37) pursuant to Rules 8(a), 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and Defendants BMO Capital Markets Corp., Barclays Capital Inc., CIBC World Markets Corp., Citigroup Global Markets, Inc., Credit Agricole Securities (USA) Inc., Credit Suisse Securities (USA) LLC, Goldman, Sachs & Co., Howard Weil Incorporated, J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated,

Mitsubishi UFJ Securities (USA), Inc., RBC Capital Markets, LLC, Raymond James & Associates, Inc., Robert W. Baird & Co. Incorporated, UBS Securities LLC, Wells Fargo Securities, LLC. also having moved to dismiss (Doc. #39) pursuant to Rules 8(a), 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the matter having come before the Honorable Colleen McMahon, United States District Judge, and the Court, on July 7, 2014, having rendered its Memorandum Decision and Order Granting Defendants' Motion to Dismiss (Doc. #56) granting Defendants' motion to dismiss and dismissing the complaint with prejudice and directing the Clerk of Court to remove Docket Nos. 37 and 39 from the Court's list of pending motions and to close the file, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order Granting Defendants' Motion to Dismiss dated July 7, 2014, Defendants' motion to dismiss is granted and the complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
July 11, 2014

**RUBY J. KRAJICK**
_____
**Clerk of Court**
**BY:**    *K. Mango*
_____
**Deputy Clerk**